Gettys, et ux. *v.* Dillsburg Borough Council, et al.

Argued December 4, 1972, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER, ROGERS and BLATT.

*P. Nelson Alexander*, with him *Alexander & Alexander*, for appellants.

*Keith A. Clark*, with him *John G. Williams, William K. Wright* and *Shumaker, Williams & Placey*, for appellees.

OPINION PER CURIAM, February 9, 1973:

The order of the Court of Common Pleas of York County, requiring the appellants to note their approval upon appellees' preliminary plan to establish a mobile home development, is hereby affirmed upon the opinion of Judge ROBERT I. SHADLE, which is reported in 85 York Legal Record 193 (1972).